COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-12-00242-CR |
| IN RE: ERIC FLORES, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Mr. Eric Flores, Relator, has filed a *pro se* petition seeking mandamus relief in Cause Number 20110D01621, a criminal case which appears to be pending before the Honorable Patrick Garcia, Judge of the 384th District Court. In his petition, Relator presents 15 "questions" and 3 "points of error" in which he alleges, in addition to other matters addressed below, that Judge Garcia abused his discretion by denying Relator's motion to suppress inadmissible evidence "that did not prove any element of the criminal offense" set forth in the indictment. In addition to seeking "general relief," Relator asks this Court to compel Judge Garcia: (1) to allow Relator to present evidence by which he may prove that Relator was wrongfully charged with a crime; (2) to suppress evidence, such as the store surveillance video, from being presented at trial; and (3) to suppress both Relator's criminal history as well as complaining-witness testimony.

To obtain relief through a writ of mandamus, a relator must establish that no other adequate remedy at law is available and that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). Relator asserts throughout his petition that the trial court abused its discretion. An act is ministerial if it does not involve the exercise of discretion. *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001). Based upon the petition and record, Relator has not demonstrated that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.8. Accordingly, the petition is denied.


                                        GUADALUPE RIVERA, Justice

July 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)

2